```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

LESTER L. WASHINGTON                                      PLAINTIFF

VS.                           CIVIL ACTION NO. 3:10CV424TSL-MTP

JACKSON STATE UNIVERSITY, ET AL.                         DEFENDANTS

                              ORDER

This cause is before the court on the objections of pro se plaintiff Lester L. Washington to the magistrate judge's March 4, 2011 report and recommendation, recommending that Washington's motion to proceed in forma pauperis be denied.  Having reviewed plaintiff's submissions, the court now concludes that plaintiff's objections are without merit.[1]  Accordingly, the court hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about March 4, 2011, be, and the same is hereby, adopted as the finding of this court.  Accordingly, plaintiff's motion to proceed in forma pauperis is denied.  This being the case, the court will grant plaintiff until February 29, 2012 in which to pay the $350 filing fee.  It is further ordered that if plaintiff fails to pay the filing fee by this date, the action

---

[1] The information submitted by plaintiff regarding the tax levy imposed by the State of Colorado showed that plaintiff had an indebtedness of $345.96.

will be dismissed without further notice.

Finally, it is ordered that plaintiff's motions to "reverse and terminate the report and recommendation," to "approve the motion for leave to file in forma pauperis" and for "the court to cease delaying this case" are denied and that the motion to correct his response to the court's April 4, 2011 order is granted.

SO ORDERED this 1st  day of December, 2011.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE